# Court of Appeals
# of the State of Georgia

ATLANTA, June 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1796.  GLENDA L. DALTON v. LAKE ARROWHEAD YACHT AND COUNTRY CLUB, INC.**

On February 15, 2013, the trial court entered an order granting in part the plaintiff's motion for summary judgment.  Defendant Glenda Dalton did not file a timely notice of appeal.  She did, however, file a motion to extend the time to file a notice of appeal, which the trial court granted.  On April 3, 2013, Dalton filed this appeal.  We lack jurisdiction.

An out-of-time appeal is a judicially-created remedy that is limited to criminal cases.  See, e. g., *Cody v. State*, 277 Ga. 553 (592 SE2d 419) (2004).  Thus, in civil cases, an order granting an out-of-time appeal is ineffective to confer jurisdiction on the appellate court. *Woodall v. Woodall*, 248 Ga. 172, 173 (281 SE2d 619) (1981).  Because the trial court's order granting the out-of-time appeal was not effective, we are without jurisdiction to consider this appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/13/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.